1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

11

**NORTHERN DISTRICT OF CALIFORNIA**

12

**SAN JOSE DIVISION**

13

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-cr-00226-11 BLF (NC) |
| Plaintiff, | **DETENTION ORDER** |
| v. | Hearing: 5/31/2024 |
| JOSE SALDANA, | |
| Defendant. | |

14
15
16
17
18
19
20

In accordance with the Bail Reform Act, 18 U.S.C. § 3142, the Court on May 31,

21

2024, held a detention or release hearing for defendant Jose Saldana.  The Court concluded

22

that Saldana must be detained due to a risk of danger to the community, as explained further

23

below.

24

Saldana is charged is charged by Indictment in a multi-defendant racketeering

25

conspiracy in violation of 18 U.S.C. § 1962(d).  He is presumed innocent of the charges;

26

entered a not guilty plea; and nothing in this order may be construed as evidence of his

27

guilt.  Saldana was advised of his rights and appeared at the hearing with his appointed

28

counsel, Nicole Lambros.  The prosecution was reminded of the Crime Victims Rights Act

1  and the AUSA, Amani Floyd, stated that no crime victim wished to present any information

2  to the Court in connection with the detention or release decision.

3  The parties and the Court were assisted by a pre-bail report prepared by Pretrial

4  Services.  Dkt. No. 67.  Pretrial Services recommended detention based on danger to the

5  community.

6  Based on the information presented to the Court and considering all the factors set

7  forth in 18 U.S.C. § 3142(g), the Court determined that the prosecution has shown by more

8  than clear and convincing evidence that there is no combination of conditions that will

9  reasonably assure the safety of the community if Saldana is released.  (As to risk of non-

10  appearance, the Court agreed with Pretrial Services and determined that the risk of non-

11  appearance can be mitigated by a combination of conditions; the defendant has significant

12  and long-term familial ties in the district; family members were present in Court and offered

13  as custodians and/or co-sigers; the defense preferred continued employment; no failures to

14  appear; no international travel reported.)  The facts underlying this conclusion are Saldana's

15  criminal history, especially 2023 convictions for illegal possession of concealed weapon,

16  carrying concealed weapon in vehicle, and carrying loaded firearm in public; gang

17  involvement; substance abuse history; unstable housing; recent history of possessing

18  firearms and ammunition; and the nature and weight of the evidence on the present charge,

19  particularly the acts of violence (murder and attempted murder) alleged and preferred

20  against Saldana, who is 19-years old.

21  The defendant is committed to the custody of the Attorney General or his designated

22  representative for confinement in a corrections facility separate, to the extent practicable,

23  from persons awaiting or serving sentences or being held in custody pending appeal.  The

24  defendant must be afforded a reasonable opportunity for private consultation with defense

25  counsel.  On order of a court of the United States or on the request of an attorney for the

26  Government, the person in charge of the corrections facility must deliver the defendant to a

27  United States Marshal for the purpose of an appearance in connection with a court

28  proceeding.

IT IS SO ORDERED.

Date: May 31, 2024

Nathanael M. Cousins
United States Magistrate Judge